**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Arturo HERRERA–GARCIA,
Defendant–Appellant.**

**No. 12–11097
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 21, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Charles M. Bleil, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Arturo Herrera–Garcia, CI McRae, McRae, GA, pro se.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Arturo Herrera–Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. Cali-*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Herrera–Garcia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.